KRISTINA N. HOLMSTROM
Nevada Bar No. 10086
KHolmstrom@LRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GINA GROSS-RUBIO, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; DOES I through X, Inclusive; and ROE CORPORATIONS XI through XX, Inclusive,<br><br>    Defendants.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>GINA GROSS-RUBIO, an individual,<br><br>    Counterdefendant. | Case No. 2:12-cv-01281-APG-GWF<br>**ORDER REGARDING METLIFE'S UNOPPOSED MOTION TO CONTINUE SCHEDULING HEARING** |

4403373_1

On March 24, 2014, the Court entered an order setting a Discovery Scheduling Hearing for Monday, April 7, 2014. Counsel for MetLife will be attending a previously-scheduled and court-ordered settlement conference in Phoenix, Arizona that day and therefore requests a continuance to a day after April 7, 2014. Defense counsel contacted Plaintiff's counsel, who advised he does not object to this continuance as he also has scheduling conflicts on April 7.

DATED this 25th day of March, 2014.

LEWIS ROCA ROTHGERBER LLP

By: /s/ Kristina N. Holmstrom
KRISTINA N. HOLMSTROM
Nevada Bar No. 10086
KHolmstrom@LRRLaw.com
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Attorneys for Defendant Metropolitan Life Insurance Company

**IT IS SO ORDERED:**

/s/ George Foley Jr.
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated: March 26, 2014

The Discovery Scheduling Hearing is rescheduled for Monday, April 21, 2014 at 1:30 p.m. in Courtroom 3A.

2

4403373_1