# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GINA GROSS-RUBIO,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. 2:12-cv-01281-RFB-GWF

**ORDER**

This matter is before the Court on Kristina Holmstrom's Motion to Withdraw as Counsel for Defendant Metropolitan Life Insurance Company (ECF No. 86), filed on September 29, 2017.

Counsel represents that she is no longer associated with the law firm Lewis Roca Rothgerber Christie LLP. Therefore, counsel requests that she be allowed to withdraw and be removed as attorney of record for Defendant. Counsel also indicates that her withdrawal will not delay or prejudice the proceedings in this matter because Defendant will continue to be represented by attorney Todd D. Erb, Esq. of Lewis Roca Rothgerber Christie LLP. The Court finds that counsel has provided good cause to justify granting her withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Kristina Holmstrom's Motion to Withdraw as Counsel for Defendant Metropolitan Life Insurance Company (ECF No. 86) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Kristina N. Holmstrom, Esq. from the CM/ECF service list in this case.

DATED this 2nd day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge