1  TODD D. ERB
   Nevada Bar No. 12203
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
3  Las Vegas, NV 89169-5996
   E-mail: terb@lrrc.com
4  Tel: 702.949.8200
   Fax: 702.949.8398

*Attorneys for Defendant Metropolitan Life Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GINA GROSS-RUBIO, an individual, | CASE NO. 2:12-CV-01281-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; DOES I through X, Inclusive; and ROE CORPORATIONS XI through XX, Inclusive, | |
| Defendants. | |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation, | |
| Counterclaimant, | |
| vs. | |
| GINA GROSS-RUBIO, an individual, | |
| Counterdefendant. | |

The parties have settled the pending lawsuit relating to Gross-Rubio's disability claim under the 24- month "own occupation" period, and Gross-Rubio's associated claim for attorneys' fees. Accordingly, the parties stipulate to dismissal of this action with prejudice.

The parties agree, however, that MetLife has not fully addressed Gross-Rubio's claim under the "any occupation" standard applicable beyond the initial 24-month period. Gross-Rubio has submitted a claim for disability benefits governed by the "any occupation" definition of

disability. MetLife will review this claim in accordance with the Plan provisions, including the "any occupation" definition, and any other applicable limitations under the policy or law. Should Gross-Rubio disagree with MetLife's determination, she will retain full appeal rights from that determination. The dismissal of this lawsuit shall not prejudice Gross-Rubio's right to seek benefits under the "any occupation" definition of disability or pursue any administrative or legal remedies relating to those separate benefits.

RESPECTFULLY SUBMITTED this 2nd day of July, 2018.

| CLIFF W. MARCEK, P.C. | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By */s/Cliff W. Marcek*<br>Cliff W. Marcek, Esq.<br>*Attorney for Plaintiff* | By */s/Todd Erb*<br>Todd Erb<br>*Attorney for Defendant Metropolitan Life Insurance Company* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED: July 5, 2018.

105182689_1

2